UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-3984-MWF(AFMx)**                                  Dated: **August 7, 2019**

Title:    United States of America -v- Teymour Khoubian

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                                   None Present
Courtroom Deputy                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk [9] entered on August 2, 2019, the Court sets a hearing for Order To Show Cause Re Default Judgment for September 9, 2019 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.